**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-7878**

STEVEN ALLEN BYRD,

               Plaintiff – Appellant,

          v.

FEDERAL BUREAU OF PRISONS; MILDRED RIVERA, Warden; ZOLTAN R.
VENDEL, Dr., Clinical Director; ANITA JONES, Camp
Administrator,

               Defendants – Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Terry L. Wooten, District Judge.
(2:08-cv-03540-TLW)

Submitted:  May 17, 2010                 Decided:  June 3, 2010

Before KING and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Steven Allen Byrd, Appellant Pro Se.  Beth Drake, Assistant
United States Attorney, Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steven Byrd appeals the district court's order accepting the magistrate judge's recommendation to grant Defendants summary judgment on Byrd's claims, which the magistrate judge construed as being filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Byrd v. Fed. Bureau of Prisons, No. 2:08-cv-03540-TLW (D.S.C. Sept. 25, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED